■ David A. Dobbs, Appellant, v Colin Smith, Respondent. [52 NYS3d 860]—

Order, Supreme Court, New York County (Robert R. Reed, J.), entered August 8, 2016, which granted the motion by defendant Colin M. Smith residing in Astoria, New York (movant), for summary judgment dismissing the complaint, and marked the case as "disposed," unanimously modified, on the law and the facts and in the exercise of discretion, to clarify that the complaint is dismissed as against movant only, and that the disposition is non-final, and otherwise affirmed, without costs.

Movant's motion for summary judgment dismissing the breach of contract claims against him was correctly granted upon movant's unrebutted showing that he was not the "Colin M. Smith" with whom plaintiff had contracted. However, since movant sought dismissal only as against himself, plaintiff's request that the action be allowed to continue against the individual who, it appears, assumed movant's identity, i.e., the "Colin M. Smith" who represented himself to be an attorney with law offices at 721 Fifth Avenue, New York, NY 10022, and purported to enter into the subject contract, should have been granted (*see* CPLR 5019 [a]; *see e.g. Ansonia Assoc. v Ansonia Tenants Coalition*, 171 AD2d 411 [1st Dept 1991]; *Follender v Maxim*, 44 AD3d 1227 [3d Dept 2007]). Concur—Sweeny, J.P., Mazzarelli, Moskowitz, Manzanet-Daniels and Kapnick, JJ.